# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

  Rita Pierce
        Plaintiff

V.

  Kyanite Services Inc. et al
        Defendant

CIVIL ACTION

NO.   16-cv-10571 - GAO

## SETTLEMENT ORDER OF DISMISSAL

  D.J. O'Toole

The Court having been advised on   09/09/2016   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty(30) days if settlement is not consummated.

By the Court,

  09/09/2016                /s/ Taylor Halley
Date                           Deputy Clerk