UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RITA PIERCE, </br></br>    Plaintiff </br></br>  vs. </br></br>KYANITE SERVICES, INC. f/k/a SETERUS, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, </br></br>    Defendants. | Civil Action No.: 16-10571 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil procedure, the undersigned parties hereby stipulate that the above-entitled action shall be dismissed with prejudice and without costs, and with all rights of appeal being waived.

| | |
|---|---|
| RITA PIERCE </br></br>By her attorney, </br></br>*s/ John F. Skinner, III* </br>John F. Skinner, III, BBO# 676768 </br>attorneyskinner@gmail.com </br>Skinner Law PLLC </br>587 Union Street, 2nd Floor </br>Manchester, NH 03104 </br>Tel: (603) 622-8100 | KYANITE SERVICES INC. f/k/a SETERUS, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION </br></br>By their attorneys, </br></br>*/s/ Lawrence G. Green* </br>Lawrence G. Green, BBO# 209060 </br>lgreen@burnslev.com </br>Andrea L. Martin, BBO# 666117 </br>amartin@burnslev.com </br>BURNS & LEVINSON LLP </br>125 Summer Street </br>Boston, MA 02110 </br>Tel: (617) 345-3000 </br>Fax: (617) 345-3299 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 20, 2016.

                                            /s/ *Lawrence G. Green*
                                            Lawrence G. Green

4844-5689-0169.1